1  Rebecca C. Padilla, SBN.: 248605
2  **POTTER, COHEN & SAMULON**
   3852 East Colorado Boulevard
3  Pasadena, California 91107
4  Tel. (626) 795-0681
   Fax: (626) 79509725
5  E-mail: rpadilla@pottercohenlaw.com
6
7  Attorney for Plaintiff, GARY L. FRANCE
8
9
10            UNITED STATES DISTRICT COURT
11    CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION
12
13  GARY L. FRANCE                Case No.:  CV 09-08985 (RC)
14
15         Plaintiff,            [PROPOSED] ORDER FOR AWARD
    MICHAEL ASTRUE,              OF EAJA FEES
16  COMMISSIONER OF SOCIAL
17  SECURITY,
           Defendant.            NOTE CHANGES MADE BY THE COURT.
18
19
20        Defendant is ordered to pay to Plaintiff's counsel of record, as Plaintiff's
21  assignee, the total amount of THREE THOUSAND FIVE HUNDRED FIFTY
22  NINE DOLLARS ~~AND FORTY TWO~~ AND No CENTS ($3,559.00) representing payment
23  of all Plaintiff's claims for attorney's fees and costs in connection with this action
24  pursuant to the Equal Access to Justice Act, in accordance with 28 U.S.C. §
25  2412(d).
26
27  DATED: _8/24/2010_    _____
28                        ROSALYN CHAPMAN
                          UNITED STATES MAGISTRATE JUDGE